```
1   MICHAEL GAINES, Bar No. 50553
    Attorney at Law
2   139 Townsend Street, Suite 201
    San Francisco, CA  94107
3   (415) 495-0112

4   Attorney for Defendant
    SAN HUN PARK
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>SANG HUN PARK  )<br>  )<br>Defendant.  )<br>  ) | No.:   CR 05-00447 CRB<br><br>**STIPULATION AND ORDER RE MODIFICATION OF CONDITIONS OF RELEASE WITH DECLARATION IN SUPPORT THEREOF** |

The parties hereby stipulate that the following condition of release be modified: That the defendant's curfew be changed from 10:00 p.m. until 12:00 a.m.

DATED:                                 /S/
                                       PETER B. AXELROD
                                       Assistant United States Attorney

DATED: April 19, 2006                  /S/
                                       MICHAEL GAINES
                                       Attorney for SANG HUN PARK

I hereby attest that I have on file all holgraphic signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document

                                       /S/ Michael Gaines
                                       MICHAEL GAINES
                                       Attorney for SANG HUN PARK

---

1
STIPULATION AND ORDER RE MODIFICATION OF CONDITIONS OF RELEASE WITH DECL. IN SUPPORT THEREOF
[CR 05-00447 CRB]

# DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant SANG HUN PARK.

That defendant SANG HUN PARK has recently been hired as a sushi chef at Hiro restaurant, 449 San Mateo Avenue, San Bruno, California 94066.  In order to work a full dinner shift, Mr. PARK would not conclude his work hours until 11:00 p.m.

I have been contacted by Pre-Trial Services Officer Michelle Nero and she has no objection to the proposed modification of curfew.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 19th day of April, 2006, at San Francisco, California.


          /S/
MICHAEL GAINES
Attorney for Defendant
SANG HUN PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANG HUN PARK,<br><br>　　　　Defendants. | No. CR 05-00447 CRB<br><br>**ORDER** |

　　GOOD CAUSE APPEARING, the following condition of release be modified from SANG HUN PARK's release conditions: That the defendant's curfew be changed from 10:00 p.m. until 12:00 a.m.

　　IT IS SO ORDERED

DATED: April 25, 2006

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED
Judge Elizabeth D. Laporte