FILED

OCT 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANG HUN PARK,<br><br>    Defendants. | No. CR 05-00447 CRB<br><br>**ORDER** |

GOOD CAUSE APPEARING, the following condition of release be modified from SANG HUN PARK's release conditions: That the defendant's curfew of 12:00 a.m. be suspended for the date of October 14, 2006 so that he can attend the Salvation Army Church Camp being held at Redwood Glen, 3100 Bean Creek Road, in Scotts Valley CA 95066, from which he will return home on October 15, 2006 before the expiration of his 12:00 a.m. curfew.

IT IS SO ORDERED.

DATED: 10/11/06

UNITED STATES MAGISTRATE JUDGE
NANDOR J. VADAS