1 MICHAEL GAINES, Bar No. 50553
Attorney at Law
2 255 Kansas Street, Suite 340
San Francisco, CA 94103
3 (415) 495-0112

4 Attorney for Defendant
SANG HUN PARK
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) NO. CR-05-00447 CRB |
|---|---|
| Plaintiff, | ) **REQUEST, STIPULATION AND ORDER** |
| vs. | ) |
| SANG HUN PARK, | ) |
| Defendant. | ) |

This matter is currently set on the Court's calendar for October 25, 2006. Through counsel, Defendant Sang Hun Park and the United States ask the court to (a) vacate the October 25, 2006 date based on the defendant's anticipated plea agreement, (b) set a date of November 29, 2006 for change of plea and (c) exclude time under the Speedy Trial Act, 18 U.S.C. section 3161 from October 25, 2006 to November 29, 2006.

1. The parties are currently working out the language of a superseding information, plea agreement, and statement, and request that the Court set the matter for November 29, 2006 for change of plea.

2. The parties agree that the time between October 25, 2006 and November 29, 2006 should be excluded from the Speedy Trial clock. Previously, the Court has declared this case complex. See 18U.S.C. section 3161(h)(8)(B)(ii). Further, defense counsel is investigating the immigration consequences of a plea. That matter needs a short amount of time to e resolved, and thus the parties

agree that a continuance is necessary for the effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. section 3161(h)(8)(B)(iv). The parties also agree the ends of justice are served by excluding the period from October 25, 2006 to November 29, 2006 outweigh the interest of the public an the defendant in a Speedy Trial. See id. section 3161(h)(8)(A0.

STIPULATED:

DATED: October 20, 2006           _____

MICHAEL GAINES
Attorney for Sang Hung Park


DATED: October 20, 2006           _____/S/_____

PETER AXELROD
Assistant United States Attorney

### ORDER

For good cause shown, and for the reasons stated above, the Court (a) vacates the October 25, 2006, hearing date for defendant Sang Hung Park based on the anticipated plea agreement, (b) sets the matter for a change of plea on November 29, 2006 at 2:15 p.m., and (c) excludes time under the Speedy Trial Act, 18 U.S.C. section 3161 from October 25, 2006 to November 29, 2006. The Court finds that the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence, Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. section 3161(h)(8)(B)(ii). Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time

///

///

///

1  ///

2

3  should be made under 18 U.S.C. sections 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

4  IT IS SO ORDERED.

5

6  DATED : __October 23, 2006___

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer