MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
(415) 565-9600

Attorney for Defendant
SAN HUN PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 05-00447 CRB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE MODIFICATION OF CONDITIONS OF RELEASE WITH DECLARATION IN SUPPORT THEREOF** |
| vs. | |
| SANG HUN PARK | |
| Defendant. | |

The parties hereby stipulate that the following condition of release be modified: That defendant be permitted to travel to the town of Santa Maria, California to investigate the potential future employment at the Mikado Restaurant, 209 Town Center, West Santa Maria, California 93454. The defendant will leave San Francisco for Santa Maria on December 19, 2006 and return on December 23, 2006. He will be staying at a hotel or motel in Santa Maria and will notify the United States Pretrial Services of the details of that location as soon as he arrives in Santa Maria.

DATED: December 17, 2006         /S/
                                 PETER B. AXELROD
                                 Assistant United States Attorney


DATED: December 17, 2006         /S/
                                 MICHAEL GAINES
                                 Attorney for SANG HUN PARK

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document

                                 /S/ Michael Gaines
                                 MICHAEL GAINES
                                 Attorney for SANG HUN PARK

## DECLARATION OF COUNSEL

I, MICHAEL GAINES, declare as follows:

I am an attorney licensed to practice law in the State of California and the attorney retained to represent defendant SANG HUN PARK.

That I have been informed that Mr. PARK has an opportunity to work in a restaurant in Santa Maria, California. The name of this restaurant is Mikado, a Japanese / sushi restaurant located at 209 Town Center, West Santa Maria, California 93454, telephone (805) 928-1455.

Mr. PARK has been offered a future management position at Mikado and a possible ownership interest in the restaurant. He needs to travel to Santa Maria in order to adequately investigate this opportunity. He intends to leave San Francisco on December 19, 2006 and drive directly to Santa Maria, and return on December 23, 2006. During his time in Santa Maria he will stay in a local hotel or motel and will notify United States Pretrial Services of its location and phone number as soon as he arrives.

I have spoken with Assistant United States Attorney Peter Axelrod, who has no objection to the proposed modification. Pre-Trial Services Officer Michelle Nero also has no objection to the proposed modification.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters, I believe them to be true.

Executed this 17th day of December, 2006, at San Francisco, California.


_____/S/_____
MICHAEL GAINES
Attorney for Defendant
SANG HUN PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. CR 05-00447 CRB
       Plaintiff,  )
         )  **ORDER**
vs.  )
         )
SANG HUN PARK,  )
       Defendants.  )

GOOD CAUSE APPEARING, the following condition of release be modified from SANG HUN PARK's release conditions: That defendant be permitted to travel to the town of Santa Maria, California to investigate the potential future employment at the Mikado Restaurant, 209 Town Center, West Santa Maria, California 93454. The defendant will leave San Francisco for Santa Maria on December 19, 2006 and return on December 23, 2006. He will be staying at a hotel or motel in Santa Maria and will notify the United States Pretrial Services of the details of that location as soon as he arrives in Santa Maria

IT IS SO ORDERED.

DATED: December 19, 2006

UNITED STATES MAGISTRATE JUDGE
Judge Elizabeth D. Laporte

IT IS SO ORDERED