1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)
5  Assistant United States Attorneys
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6774
      Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )    No. CR 05-00447 CRB
                                    )
15      Plaintiff,                  )    REQUEST, STIPULATION AND ORDER
                                    )
16      v.                          )
                                    )
17 SANG HUN PARK,                   )
                                    )
18      Defendant.                  )
                                    )
19

   This matter is currently on the Court's calendar for sentencing on April 25, 2007.
20
   Through counsel, defendant Sang Hun Park and the United States ask the Court to reset the
21
   sentencing hearing for May 9, 2007, at 2:15 p.m. The parties make this request to accommodate
22
   defense counsel who is currently in trial and thus unavailable on April 25, 2007.
23
   STIPULATED:
24
     4/20/07                          /s/ PETER B. AXELROD
25
   DATE                             PETER B. AXELROD
26                                  LAUREL BEELER
                                    Assistant United States Attorneys
27 \\
28

ORDER
CR 05-00447 CRB
                                    1

| | |
|---|---|
| 4/20/07 | /s/ PETER B. AXELROD for |
| DATE | MICHAEL GAINES<br>Attorney for Sang Hun Park |

### ORDER

The Court hereby sets defendant's sentencing hearing on May 9, 2007, at 2:15 p.m.

IT IS SO ORDERED.

DATED: __April 23, 2007__

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER
CR 05-00447 CRB

2